UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,                    CDCS No: 2003B03603
                                             Civil Case No:
                    Plaintiff,
       -against-

JONATHAN D. RAYMOND,

                    Defendant.
-----------------------------------------------------------X

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of Suffolk County, New York within the jurisdiction of this Court and may be served with service of process at 212 East Broadway, Port Jefferson, New York 11777.

### The Debt

3. The debt owed the USA is as follows:

Claim

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $1,768.74 |
| B. Current Capitalized Interest Balance and Accrued Interest | $ 494.45 |
| C. Administrative Fee, Costs, Penalties | $ 0.00 |
| Total Owed | $2,263.19 |

4. The certificates of Indebtedness, attached as "Exhibit A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 3.19% per annum.

## Failure to Pay

5. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and that, pursuant to 28 U.S.C. § 1961, post-judgment interest be awarded on the judgment at the legal rate until paid in full;

B. For such other relief which the Court deems proper.

Dated: Brooklyn, New York
August 13, 2012

Respectfully submitted,

s/ Michael T. Sucher, Esq.
MICHAEL T. SUCHER, ESQ.
Private Counsel for Plaintiff
United States of America
26 Court Street, Suite 2412
Brooklyn, New York 11242
Tel. (718) 522-1995
Fax. (718) 797-3174

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                                    Plaintiff,

-against-

JONATHAN D. RAYMOND,

                                                    Defendant.

**SUMMONS AND COMPLAINT**

# MICHAEL T. SUCHER, ESQ.
Attorney for Plaintiff
UNITED STATES OF AMERICA
26 Court Street, Suite 2412
Brooklyn, New York 11242
(718) 522-1995